# AFFIDAVIT OF SERVICE

| Case:<br>21-01145 M(2) | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA | County: | Job:<br>5810321 (54013) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LUKE FONTANA | | Defendant / Respondent:<br>PRESIDENT JOSEPH R BIDEN, ET AL | |
| Received by:<br>Dewsnap & Associates, LLC | | For:<br>TORRI'S LEGAL SERVICES | |
| To be served upon:<br>US SPECIAL PRESIDENTIAL ENVOY FOR CLIMATE JOHN FORBES KERRY | | | |

I, JOHN ROBERTO, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Charles Richardson, Chief Technology Officer, 19 LOUISBURG SQ, BOSTON, MA 02108-1202
**Manner of Service:** Substitute Service - Personal, Jun 23, 2021, 2:17 pm EDT
**Documents:** SUMMONS AND COMPLAINT WITH EXHIBITS P-1 TO P-3.

**Additional Comments:**
1) Successful Attempt: Jun 23, 2021, 2:17 pm EDT at 19 LOUISBURG SQ, BOSTON, MA 02108-1202 received by Charles Richardson, Chief Technology Officer. Age: 35-45; Ethnicity: Caucasian; Gender: Male; Weight: 155; Height: 5'7"; Hair: Brown; Eyes: Blue;

_____  06/23/2021
JOHN ROBERTO              Date

Dewsnap & Associates, LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070