UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUKE FONTANA | CIVIL ACTION |
| VERSUS | NO. 21-1145 |
| JOHN FORBES KERRY, *et al.* | SECTION M (2) |

### ORDER

Considering the *ex parte* unopposed motion of defendant Dr. Ralph Baric for second extension of time to plead (R. Doc. 20),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that any responsive pleading by defendant Dr. Ralph Baric must be filed on or before September 6, 2021.

New Orleans, Louisiana, this 30th day of July, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE