UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUKE FONTANA,

    Plaintiff,

versus

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al.,

    Defendants

Case No. 2:21-cv-01145-BWA-DPC

**DISTRICT OF COLUMBIA**

**CITY OF WASHINGTON**

## DECLARATION

1. My name is Jessica R. Geller. I am employed by, and hold the position of Assistant General Counsel at, the Bill & Melinda Gates Foundation (the "Foundation"). I am of the full age of majority and of sound mind with the capacity to make this Declaration.

2. I am familiar with the operation and internal affairs of the Foundation and make this declaration based upon my personal knowledge and my review of the Foundation's business records to which I have access.

3. The Foundation is a charitable trust formed and existing under the laws of the State of Washington. The Foundation's principal place of business is in Seattle, Washington.

4. The Foundation is neither licensed nor registered to do business in the State of Louisiana.

5. The Foundation does not maintain an office or any registered agents in the State of Louisiana. Nor does it employ any persons who are located in the State of Louisiana.

**EXHIBIT A**

6. The Foundation does not own or lease any property, advertise or solicit business, maintain bank accounts, or pay taxes in the State of Louisiana.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Signed in Washington, District of Columbia, the 2nd day of August, 2021.

_____
JESSICA R. GELLER