UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUKE FONTANA,<br>            Plaintiff,<br>VERSUS<br>JOHN FORBES KERRY, et al.,<br>            Defendants | CIVIL ACTION<br>NO. 21-01145<br>SECTION M (10) |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Bill & Melinda Gates Foundation will submit its *Motion to Dismiss* before the Honorable Barry W. Ashe on Thursday, August 26, 2021, at 10:00 AM.

Respectfully submitted,

*/s/ Andrew R. Lee*
Andrew R. Lee, T.A. (La. Bar No. 21196)
Samantha Oppenheim (La. Bar No. 38364)
Jones Walker LLP
201 St. Charles Ave. Ste. 5100
New Orleans, LA 70170
(504) 582-8000
alee@joneswalker.com
soppenheim@joneswalker.com

***Attorneys for Bill & Melinda Gates Foundation***

{N4419637.5}