IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| LUKE FONTANA<br><br>SHARRON SHAW<br><br>     **Plaintiff,**<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al.,<br><br>     **Defendants** | CASE No. 2:21-cv-00145-BWA-DPC |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs hereby move this Court for leave to file the attached Amended Complaint pursuant to Federal Rule of Civil Procedure 15 and LR 7.2. For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that this Court grant it leave to file the Amended Complaint because it will clarify the dispute between the parties and will not cause any prejudice.

                     Respectfully Submitted,

                     _____

                     **Luke Fontana**

                     /s/ Luke Fontana_____

Luke Fontana #05646LA
1827 Burgundy Street
New Orleans, LA 70116
Tel:     504-638-1528
efile@lukefontana.com

*Attorney for Plaintiff Luke Fontana*
lfproductionsbmi@gmail.com