IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| LUKE FONTANA <br><br> SHARRON SHAW <br><br> LAURA TRAYWICK <br><br>        **Plaintiff,** <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al., <br><br>        **Defendants** | CASE No. 2:21-cv-00145-BWA-DPC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs hereby move this Court for leave to file the attached Amended Complaint pursuant to FRCP 15 and LR 7.2. For the reasons set forth in the accompanying Memorandum, Plaintiffs respectfully request that this Court grant it leave to file the Amended Complaint because it will clarify the dispute between the parties and will not cause any prejudice.  Plaintiffs have been unable to obtain consent from defendants to file Amended Complaint pursuant FRCP 15(a) and LR 7.6

                                                        Respectfully Submitted,


                                                        _____

**Luke Fontana**

/s/ Luke Fontana_____
Luke Fontana #05646LA
1827 Burgundy Street
New Orleans, LA 70116
Tel:    504-638-1528
efile@lukefontana.com

*Attorney for Plaintiff Luke Fontana*
lfproductionsbmi@gmail.com