IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| LUKE FONTANA | |
| SHARRON SHAW | CASE No. 2:21-cv-00145-BWA-DPC |
| LAURA TRAYWICK | DISTRICT JUDGE: BARRY W. ASHE |
| **Plaintiff,** | |
| v. | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, et al., | |
| **Defendants** | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTINUANCE TO OPPOSE DEFENDANT DR. RALPH BARIC'S RULE 12 MOTION TO DISMISS

### I. PLAINTIFF FILED A MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff has filed Motion for Leave to file an Amended Complaint "Motion for Leave" [Cr. Doc. 27] which is scheduled for non-oral argument on September 29, 2021, 10:00AM. This is 6 days after "Motion to Dismiss" is scheduled for non-oral argument on September 23, 2021. If Granted by the court, Plaintiff's Amended Complaint adds additional parties and cures alleged deficiencies in the original complaint. Plaintiff is requesting the court grant a continuance to file opposition to Dr. Ralph Baric's Rule 12 Motion to Dismiss "Motion to Dismiss" [Cr. Doc. 25]. If the Court grants Defendant's "Motion for Leave" can be found Moot by the court, if not found

Moot, Plaintiff will be filing objections to "Motion Dismiss" which will incorporate allegations in Amended Complaint.  Plaintiff cannot file a proper pleading objection to "Motion to Dismiss" until the court rules on "Motion for Leave."

Respectfully Submitted,

**Luke Fontana**

/s/ Luke Fontana_____
Luke Fontana #05646LA
1827 Burgundy Street
New Orleans, LA 70116
Tel:    504-638-1528
efile@lukefontana.com

*Attorney for Plaintiff Luke Fontana*
lfproductionsbmi@gmail.com