UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUKE FONTANA | * | CIVIL ACTION |
| VERSUS | * | NO. 21-1145 |
| JOSEPH R. BIDEN, JR., ET AL. | * | SECTION "M" (2) |

## ORDER

Considering the devasting impact of Hurricane Ida and the Addendum to the General Order No. 21-11, and General Order No. 21-12,

IT IS ORDERED that the submission of Plaintiff's Motion for Leave to file Amended Complaint (ECF No. 27) and Motion to Amend/Correct re: 27 (ECF No. 29) are CONTINUED to Wednesday, October 6, 2021 at 11:00 a.m.  Any opposition memoranda must be filed by Tuesday, September 28, 2021.  The matter will be taken under submission without oral argument absent a timely request in accordance with Local Rule 78.1.

New Orleans, Louisiana, this 22nd day of September, 2021.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE