UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

Upon review of the record, the following cases set for Call Docket on January 9, 2023, are ruled upon as follows:

21-1059 Joe Hand Promotions, Inc. v. CBD Social LLC, *et al*.

A review of the record indicates that Entry of Default has been granted by the Clerk against defendant CBD Social, LLC (R. Doc. 27). The Court's Show Cause Order (R. Doc. 24) has been satisfied.

21-1145 Fontana v. Biden, *et al*.

A review of the record indicates that no proof of service has been received as to defendants Anthony Fauci and World Health Organization. In accordance with the Court's Show Cause Order (R. Docs. 38), it is ordered that defendants Anthony Fauci and World Health Organization are **DISMISSED** without prejudice for plaintiff's failure to prosecute.

In addition, a review of the record indicates that responsive pleadings or preliminary defaults have not been received as to defendants John Forbes Kerry, Center for Disease Control & Prevention, U.S. Department of Health and Human Services, and Joseph R. Biden, Jr. In accordance with the Court's Show Cause Order (R. Docs. 38), it is ordered that defendants John Forbes Kerry, Center for Disease Control & Prevention, U.S. Department of Health and Human Services, and Joseph R. Biden, Jr. are **DISMISSED** without prejudice for plaintiff's failure to prosecute.

22-1089 Forehand v. Wilson Desperado, Inc.

A review of the record indicates that Entry of Default has been granted by the Clerk against defendant Wilson Desperado, Inc. (R. Doc. 9). The Court's Show Cause Order (R. Doc. 6) has been satisfied.

22-2693 Lewis v. DG Louisiana, LLC.

A review of the record indicates that no proof of service has been received as to defendant Akela George. In accordance with the Court's Show Cause Order (R. Docs. 8), it is ordered that defendant Akela George is **DISMISSED** without prejudice for plaintiff's failure to prosecute.

22-2795 Hunt Valley Restoration, LLC v. Berk-Cohen Associates, LLC, *et al.*

A review of the record indicates that Entry of Default has been granted by the Clerk against defendant Oliver's Air Conditioning, LLC (R. Doc. 16). The Court's Show Cause Order (R. Doc. 14) has been satisfied.

New Orleans, Louisiana, this 10th day of January, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE